## BAWCUM v. STATE.
### No. 24517.

Court of Criminal Appeals of Texas.
Nov. 30, 1949.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary; the penalty assessed is confinement in the state penitentiary for a term of two years.

The record is before this court without a statement of facts or bills of exception. All matters of procedure appear to be in regular form.

The judgment of the trial court is affirmed.